170 A.3d 290

**GOLDBERG**

v.

**NEVIASER**

**Pet. Docket No. 235, Sept. Term, 2017**

Court of Appeals of Maryland.

September 12, 2017

Pending in the Court of Special Appeals (No. 238, Sept. Term, 2017).

Transferred to the regular docket as No. 47, Sept.Term, 2017.

Petition for writ of certiorari granted

170 A.3d 290

**GRIMM, Brian**

v.

**STATE of Maryland**

**Pet. Docket No. 164, Sept.Term, 2017**

Court of Appeals of Maryland.

September 12, 2017

Reported below: 232 Md.App. 382, 158 A.3d 1037. Transferred to the regular docket as No. 37, Sept.Term, 2017.

Petition for writ of certiorari and conditional cross-petition—both granted.